No. 15-1684

# In the United States Court of Appeals for the Federal Circuit

DSS TECHNOLOGY MANAGEMENT INC.,
*Plaintiff-Appellant,*

v.

TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD.,
TSMC NORTH AMERICA, SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG
SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C.,
*Defendants-Appellees.*

Appeal from the United States District Court
For the Eastern District of Texas, Marshall Division
Civil Action No. 2:14-cv-00199-RSP

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

| | |
|---|---|
| David H. Harper | Michael E. Jones |
| Debra Janece McComas | Allen F. Gardner |
| Stephanie Sivinski | **POTTER MINTON PC** |
| **HAYNES AND BOONE, LLP** | 110 N. College Avenue, Suite 500 |
| 2323 Victory Avenue, Suite 700 | Tyler, Texas 75702 |
| Dallas, Texas 75219 | Telephone: (903) 597-8311 |
| Telephone: (214) 651-5000 | Telecopier: (903) 593-0846 |
| Telecopier: (214) 651-5940 | |
| | |
| Karen S. Precella | Jared Bobrow |
| **HAYNES AND BOONE, LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| 301 Commerce Street, Suite 2600 | 201 Redwood Shores Parkway |
| Fort Worth, Texas 76102 | Redwood Shores, CA 94065 |
| Telephone: (817) 347-6600 | Telephone: (650) 802-3000 |
| Telecopier: (817) 347-6650 | Telecopier: (650) 802-3100 |

*Attorneys for Defendants-Appellees*

Appellees Taiwan Semiconductor Manufacturing Company, Ltd., TSMC North America (collectively "TSMC Appellees"), and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC (collectively "Samsung Appellees" and with TSMC Appellees, "Appellees") file this Unopposed Motion for Extension of Time to File Appellees' Brief pursuant to Federal Circuit Rule 26 for the reasons set forth below. Appellees seek an extension of thirty (30) days, to and including October 12, 2015, within which to file their Appellees' Brief.

1. Appellees' Brief is currently due on September 11, 2015.

2. Appellees have not previously sought an extension of time to file their brief.

3. An extension of time will ensure reasonable time is available for adequate preparation of the brief. This additional time is needed for the following reasons:

    a. Appellees are planning to file a joint Appellees' Brief to ensure the most efficient use of judicial and litigant resources. Coordinating such a joint brief among seven appellees, two of which are located in Asia, and two law firms requires additional time.

    b. Counsel for Samsung Appellees Jared Bobrow has a pretrial conference and a trial late in the month of August scheduled to extend into September which will impede his ability to prepare the Appellees' Brief within the current deadline.

4. The extension is sought so that justice may be done and is not for the purpose of delay.

5. The declaration of Jared Bobrow is submitted in support of this motion.

6. Counsel for Appellants does not oppose this motion.

## CONCLUSION AND PRAYER FOR RELIEF

Accordingly, Appellees respectfully request that the Court grant them a thirty (30) day extension of time to file their Appellees' Brief until October 12, 2015, and order any other relief to which they are justly entitled.

Dated: August 17, 2015					Respectfully submitted,

*/s/ David H. Harper*

David H. Harper
Debra Janece McComas
Stephanie Sivinski
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940
*David.Harper@haynesboone.com*
*Debbie.McComas@haynesboone.com*
*Stephanie.Sivinski@haynesboone.com*

Karen S. Precella
**HAYNES AND BOONE, LLP**
301 Commerce Street, Suite 2600
Fort Worth, Texas  76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650
*Karen.Precella@haynesboone.com*

Michael E. Jones
Allen F. Gardner
**POTTER MINTON PC**
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Telecopier: (903) 593-0846
*mikejones@potterminton.com*
*allengardner@potterminton.com*

Jared Bobrow
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Telecopier: (650) 802-3100
*jared.bobrow@weil.com*

***Attorneys for Defendants-Appellees***

## CERTIFICATE OF CONFERENCE

The undersigned Counsel for TSMC Appellees conferred with Counsel for Appellant on August 13, 2015, regarding this Motion. Counsel for Appellant stated that Appellant does not oppose the relief requested herein.

*/s/ David H. Harper*
David H. Harper

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DSS Technology Management, Inc. v. Taiwan Semiconductor Manufacturing Co., Ltd., et al.

No. 15-1684

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (<u>appellee</u>) (amicus) (name of party) Taiwan Semiconductor Manufacturing Co., Ltd. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Taiwan Semiconductor Manufacturing Company, Limited
TSMC North America

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Taiwan Semiconductor Manufacturing Company, Limited is the top-level parent company.  There is no shareholder owning more than 10% of its stock.
TSMC North America is a wholly owned subsidiary of Taiwan Semiconductor Manufacturing Company, Limited. No other publicly held corporation owns 10% or more of TSMC NA's stock.

4. ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

David H. Harper, Debra J. McComas, Karen S. Precella, Stephanie Sivinski, Scott Cunning, Matt Chiarizio; Haynes and Boone, LLP

8/17/2015/2015
Date

/s/ Debra J. McComas
Signature of counsel

Debra J. McComas
Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel of Record

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DSS Technology Management Inc. v. Taiwan Semiconductor

No. 15-1684

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (<u>appellee</u>) (amicus) (name of party) See Attached List certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

See Exhibit A attached hereto

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

See Exhibit B attached hereto

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

See Exhibit C attached hereto

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Exhibit D attached hereto

August 17, 2015                         /s/ Jared Bobrow
        Date                              Signature of counsel
                                          Jared Bobrow
                                        Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel of Record

# Attachment to Certificate of Interest in Case No. 15-1684

## Attached List

**Counsel for Appellees:**

| Case No. | Parties Represented |
| --- | --- |
| 15-1684 | Samsung Electronics Co., Ltd.<br>Samsung Electronics America, Inc.<br>Samsung Telecommunications America LLC<br>Samsung Semiconductor, Inc.<br>Samsung Austin Semiconductor LLC |

# Attachment to Certificate of Interest in Case No. 15-1684

## Exhibit A

**1.    The full name of every party or amicus represented by me is:**

| Case No. | Parties Represented |
|---|---|
| 15-1684 | Samsung Electronics Co., Ltd.<br>Samsung Electronics America, Inc.<br>Samsung Telecommunications America LLC<br>Samsung Semiconductor, Inc.<br>Samsung Austin Semiconductor LLC |

# Attachment to Certificate of Interest in Case No. 15-1684
## Exhibit B

**2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

| Case No. | Real Party in Interest |
|---|---|
| 15-1684 | Samsung Electronics Co., Ltd. |
| | Samsung Electronics America, Inc. |
| | Samsung Telecommunications America LLC |
| | Samsung Semiconductor, Inc. |
| | Samsung Austin Semiconductor LLC |

**Attachment to Certificate of Interest in Case No. 15-1684**

**Exhibit C**

**3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

| Case No. | Parties Represented | All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party that is represented by me |
|---|---|---|
| 15-1684 | Samsung Electronics Co., Ltd. | None |
| | Samsung Electronics America, Inc. | Samsung Electronics America, Inc. is a wholly-owned subsidiary of Samsung Electronics Co., Ltd. |
| | Samsung Telecommunications America LLC | (1) Effective January 1, 2015, Samsung Telecommunications America LLC merged into Samsung Electronics America, Inc. (2) Samsung Electronics America, Inc. is a wholly-owned subsidiary of Samsung Electronics Co., Ltd. |
| | Samsung Semiconductor, Inc. | (1) Samsung Semiconductor, Inc. is a wholly-owned subsidiary of Samsung Electronics America, Inc. (2) Samsung Electronics America, Inc. is a wholly-owned subsidiary of Samsung Electronics Co., Ltd. |
| | Samsung Austin Semiconductor LLC | (1) Samsung Austin Semiconductor LLC is a wholly-owned subsidiary of Samsung Semiconductor, Inc. (2) Samsung Semiconductor, Inc. is a wholly-owned subsidiary of Samsung Electronics America, Inc. (3) Samsung Electronics America, Inc. is a wholly-owned subsidiary of Samsung Electronics Co., Ltd. |

# **Attachment to Certificate of Interest in Case No. 15-1684**

## **Exhibit D**

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

| Case No. | Parties Represented | Law firms, Partners, and Associates |
|---|---|---|
| 15-1684 | Samsung Electronics Co., Ltd. | Weil, Gotshal & Manges LLP: Jared Bobrow, J. Jason Lang, Christopher T. Marando, and Zachary C. Garthe |
| | | Potter Minton PC: Allen Gardner and Michael Jones. |
| | Samsung Electronics America, Inc. | Weil, Gotshal & Manges LLP: Jared Bobrow, J. Jason Lang, Christopher T. Marando, and Zachary C. Garthe |
| | | Potter Minton PC: Allen Gardner and Michael Jones. |
| | Samsung Telecommunications America LLC | Weil, Gotshal & Manges LLP: Jared Bobrow, J. Jason Lang, Christopher T. Marando, and Zachary C. Garthe |
| | | Potter Minton PC: Allen Gardner and Michael Jones. |
| | Samsung Semiconductor, Inc. | Weil, Gotshal & Manges LLP: Jared Bobrow, J. Jason Lang, Christopher T. Marando, and Zachary C. Garthe |
| | | Potter Minton PC: Allen Gardner and Michael Jones. |
| | Samsung Austin Semiconductor LLC | Weil, Gotshal & Manges LLP: Jared Bobrow, J. Jason Lang, Christopher T. Marando, and Zachary C. Garthe |
| | | Potter Minton PC: Allen Gardner and Michael Jones. |

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Aug. 17, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| David H. Harper | /s/David H. Harper |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Haynes and Boone, LLP

Address: 2323 Victory Avenue, Suite 700

City, State, ZIP: Dallas, Texas 75219

Telephone Number: 214.651.5247

FAX Number: 214.200.0463

E-mail Address: David.Harper@haynesboone.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.