# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DSS Technology Management Inc.   v.   Taiwan Semiconductor

No. 15-1684

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: See Attached List
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Christopher T. Marando
Law Firm: Weil, Gotshal & Manges LLP
Address: 1300 Eye Street NW, Suite 900
City, State and Zip: Washington, DC 20005
Telephone: (202) 682-7094
Fax #: (202) 857-0940
E-mail address: christopher.marando@weil.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 22, 2015    Signature of pro se or counsel /s/ Christopher T. Marando

cc: All Counsel of Record

Reset Fields

## Attachment to Entry of Appearance in Case No. 15-1684

## Attached List

**Counsel for Appellees:**

| Case No. | Parties Represented |
|---|---|
| 15-1684 | Samsung Electronics Co., Ltd. |
| | Samsung Electronics America, Inc. |
| | Samsung Telecommunications America LLC |
| | Samsung Semiconductor, Inc. |
| | Samsung Austin Semiconductor LLC |

## **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I certify that on this day, September 22, 2015, I served the foregoing via the Court's CM/ECF system on the principal attorneys for each party.

Dated: September 22, 2015               */s/ Tammy Su*
                                                          Tammy Su
                                                          Paralegal
                                                          Weil, Gotshal & Manges LLP
                                                          201 Redwood Shores Parkway
                                                          Redwood Shores, CA 94065
                                                          Telephone: (650) 802-3000